# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142241-5 & (83)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re JOHN F. ERVIN TESTAMENTARY TRUST.
_____

J.P. MORGAN CHASE BANK, N.A.,
      Petitioner-Appellee,

v

MARY JANE PEARSON EVANS,
      Respondent-Appellant,
and

ANDREA EVANS,
      Respondent-Appellee,
and

ERVIN INDUSTRIES, INC., JOHN PEARSON,
NANCY P. RODOLPH, and ANN E.
JORGENSON,
      Respondents-Appellees.
_____/

SC: 142241-5
COA: 289293; 289793; 293724;
     289302; 289861
Washtenaw Probate Court:
     61-447121-TT

On order of the Court, the stipulation signed by counsel for the relevant parties agreeing to the partial dismissal of the application for leave to appeal is considered and, accordingly, Issue I of the application is DISMISSED with prejudice. The application for leave to appeal the October 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

y0829